

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 19, 2022

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Carl Henry*, 22 Mag. 7617

Dear Judge McCarthy:

    The Government writes to respectfully request that the Court unseal the Complaint, 22 Mag. 7617, and related arrest warrant for defendant Greg Brown in the captioned case, as the Defendant has been arrested.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                   by: _____
                          Benjamin Klein
                          Assistant United States Attorney
                          (914) 993-1908

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy   10-20-2022